United States District Court
Southern District of Texas
**ENTERED**
March 06, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 4:24-CR-543 (3) |
| DARVI HINOJOSA | § § | |

## ORDER

IT IS ORDERED that Charles Flood of Flood & Flood Law Office, 914 Preston, Suite 800, Houston, Texas 77002 is substituted as Darvi Hinojosa's attorney of record.

SIGNED this _6 March_, 2025

_____
KEITH ELLISON
UNITED STATES DISTRICT JUDGE