UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                    Case Number: 4:24–cr–00543

Darvi Hinojosa
John Sblendorio
John M Pfeffer
Michael H Dunphy
Bradley Rickenbacker
David Vargas
Roy Gomez
Christopher Sanchez
Marky Baker
Ronnie McCabe
Brandon K Hantz
Sean G. Christison
Marcel Lett
Jeremy Cox

## NOTICE OF RESETTING

**A proceeding has been reset in this case as to Darvi Hinojosa, John Sblendorio, John M Pfeffer, Michael H Dunphy, Bradley Rickenbacker, David Vargas, Roy Gomez, Christopher Sanchez, Marky Baker, Ronnie McCabe, Brandon K Hantz, Sean G. Christison, Marcel Lett, Jeremy Cox as set forth below.**

**Before the Honorable Keith P Ellison**

**PLACE:**
by telephone

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN TO THE COURT'S DIAL-IN NUMBER AT +1 669-254-5252.
Enter Meeting ID: 160 7362 7986#
No participant ID – press #
Followed by Passcode: 3716#

IF THE PARTIES WOULD LIKE TO JOINTLY REQUEST AN IN-PERSON HEARING, PLEASE NOTIFY ARTURO RIVERA BY EMAIL.

**DATE:** 9/2/2025

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Motion Hearing

Date: August 27, 2025						Nathan Ochsner, Clerk